```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JAY BRODSKY,

                Plaintiff,
                                        ORDER
        -against-                       17-CV-5529(JS)(AYS)

J.P. MORGAN CHASE & COMPANY,
BROADSPIRE, NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Jay Brodsky, pro se
                    240 East Shore Road, Apt. 444
                    Great Neck, New York 11023

For Defendants:     Lindsay J. Kalick, Esq.
                    Craig T. Ellman, Esq.
                    Wilson, Elser Moskowitz, Edelman & Dicker LLP
                    1133 Westchester Avenue
                    West Harrison, New York 10604
```

SEYBERT, District Judge:

By Memorandum and Order dated May 31, 2019 (the "M&O"), the Court ordered pro se plaintiff Jay Brodsky ("Plaintiff") to remit the $400.00 filing fee within thirty (30) days from the date of the M&O. The M&O warned that, "[i]f Plaintiff does not remit the filing fee within such time, absent a showing of good cause, the Court shall dismiss the Complaint with prejudice and judgment shall enter." (M&O at 2.) To date, Plaintiff has not remitted the filing fee, nor has he otherwise communicated with the Court. Accordingly, for the reasons set forth in the M&O, given Plaintiff's failure to remit the filing fee, the Complaint is

DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to enter judgment, mark this case CLOSED, and mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: July __18__, 2019
       Central Islip, New York